UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | § | Case No. 09-32873-RCJ |
|---|---|---|
| | § | |
| Huntsville SPE LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

William A. Leonard, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $331,213.24 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $10,900.46 | | |

3) Total gross receipts of $342,113.70 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $342,113.70 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $364,700.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $0.46 | $10,900.46 | $10,900.46 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $293,692.06 | $287,279.51 |
| General Unsecured Claims (from **Exhibit 7**) | $7,135,168.15 | $0.00 | $45,956.37 | $43,933.73 |
| **Total Disbursements** | $7,499,868.15 | $0.46 | $350,548.89 | $342,113.70 |

4). This case was originally filed under chapter 11 on 06/29/2004. The case was converted to one under Chapter 7 on 01/29/2010. The case was pending for 89 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/22/2017     By:  /s/ William A. Leonard, Jr.
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Escrow funds held from liquidation of properties | 1210-000 | $342,112.05 |
| Interest Earned | 1270-000 | $1.65 |
| **TOTAL GROSS RECEIPTS** | | $342,113.70 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Walker County Appraisal Distri | 4110-000 | $364,700.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $364,700.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| William A. Leonard, Trustee | 2100-000 | NA | $0.00 | $6,600.00 | $6,600.00 |
| Integrity Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| The Bank of New York Mellon | 2810-000 | NA | $0.46 | $0.46 | $0.46 |
| Sullivan Hill, Attorney for Trustee | 3210-000 | NA | $0.00 | $4,300.00 | $4,300.00 |
| Rabobank, Other Professional | 3991-000 | NA | $0.00 | $0.00 | $0.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $0.46 | $10,900.46 | $10,900.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| T29 | A-1 Properties LLC | 5800-000 | $0.00 | $0.00 | $1,980.71 | $1,980.71 |

| | | | | | | |
|---|---|---|---|---|---|---|
| T30 | Aleko Petro | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T06 | Anita J Calhoun A MWSSP | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T21 | Barry Gambarana an unmarried man | 5800-000 | $0.00 | $0.00 | $1,980.71 | $1,980.71 |
| T01 | Bickel & Brewer | 5800-000 | $0.00 | $0.00 | $200,340.95 | $200,340.95 |
| T32 | Christine M Quinn Trustee of the Quinn living Trust dated | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T10 | Compass | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T19 | Daniel L Everett & Sandra M Everett husband & Wife asJTWROS | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T18 | Edward D Earl an unmarried man | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T39 | Edwin E Scott Trustee of the Edwin E Scott 1996 Revocable tr | 5800-000 | $0.00 | $0.00 | $1,980.71 | $1,980.71 |
| T33 | First Savings Bank Custodian Rieger IRA | 5800-000 | $0.00 | $0.00 | $3,741.28 | $3,741.28 |
| T43 | Gary E Thompson an unmarried man | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T02 | Herman M Adams Brian & Anthony Adams as JT | 5800-000 | $0.00 | $0.00 | $4,291.46 | $4,291.46 |
| T25 | Homfeld II LLC a florida limited liabilty Company | 5800-000 | $0.00 | $0.00 | $2,529.01 | $2,529.01 |
| T07 | James Cameron & Kirsten Cameron Husband &Wife as JTWROS | 5800-000 | $0.00 | $0.00 | $1,980.71 | $1,980.71 |
| T05 | Janice W Bradbury Trustee of Bradbury Family Trust Dated | 5800-000 | $0.00 | $0.00 | $1,980.71 | $1,980.71 |
| T38 | Karl O Schelling a MMSSP | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T09 | L Kanani Cohune | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T26 | Larry D Larson & Sobeyda Larosn husband & wife as JTWROS | 5800-000 | $0.00 | $0.00 | $1,518.56 | $1,518.56 |
| T28 | Malden Ventures | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Ltd |  |  |  |  |  |
| T41 | Nical Associates LLC | 5800-000 | $0.00 | $0.00 | $6,382.14 | $6,382.14 |
| T36 | Paul Rogan a MMSSP | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T27 | Robert B Lundberg a MMSSP | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T11 | Rose M Costa A Single Women | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T40 | Ruby Simon a single woman | 5800-000 | $0.00 | $0.00 | $1,012.40 | $1,012.40 |
| T13 | Sam Dashosh & Ruth Dashosh Trustees for the Dashosh Family T | 5800-000 | $0.00 | $0.00 | $1,650.61 | $1,650.61 |
| T35 | Sarah R Roberts an unmarried woman | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T14 | Shirley Doerr an unmarried Woman | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T03 | The Aldred Living Trust 2002 U/A Dated 10/18/02 | 5800-000 | $0.00 | $0.00 | $1,980.71 | $1,980.71 |
| T44 | The Anita Watson Living dated 4/8/03 | 5800-000 | $0.00 | $0.00 | $1,980.71 | $1,980.71 |
| T08 | The Cameron Survivors Trust Dated 12/22/97 | 5800-000 | $0.00 | $0.00 | $1,980.71 | $1,980.71 |
| T12 | The Costanza 1987 Survivor's Trust Dated 3/12/87 | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T20 | The Dennis Flier Inc Defined Benefit Trust ated 6/29/87 | 5800-000 | $0.00 | $0.00 | $1,100.43 | $1,100.43 |
| T31 | The Jack & Gladys Polen Family Trust dated 6/28/88 | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T34 | The Nancy Kathryn Rivard & David Lee Olden Trust dated | 5800-000 | $0.00 | $0.00 | $1,171.70 | $1,171.70 |
| T37 | The Rhoda Dybvig Schaefer Revocable Living Trust dated | 5800-000 | $0.00 | $0.00 | $1,154.51 | $1,154.51 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---:|---:|---:|---:|
| T42 | The Sharon D Tarpinian Revocable Living Trust dated | 5800-000 | $0.00 | $0.00 | $1,430.53 | $1,430.53 |
| T24 | The T Claire Harper Family Trust dated 2/28/84 | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T22 | Theodora Gottwald an unmarried woman | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| REC | Tom Grimmett c/o Terry Coffing | 5800-000 | $0.00 | $0.00 | $6,412.55 | $0.00 |
| T23 | Troy C Froves Trustee of the Troy C Groves Trust | 5800-000 | $0.00 | $0.00 | $1,226.32 | $1,226.32 |
| T17 | USA Capital Diversified Trust Deed Fund | 5800-000 | $0.00 | $0.00 | $13,512.45 | $13,512.45 |
| T15 | Wayne Dotson Co A Nevada Company c/o Peter Bogart | 5800-000 | $0.00 | $0.00 | $880.36 | $880.36 |
| T16 | William A Drago & Loraine A Drago husband & Wife as JTWROS | 5800-000 | $0.00 | $0.00 | $1,980.71 | $1,980.71 |
| T04 | William A Leonard Trustee | 5800-000 | $0.00 | $0.00 | $10,783.57 | $10,783.57 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $293,692.06 | $287,279.51 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| ARCB | Asset Resolution Corporation | 7100-000 | $5,495,159.35 | $0.00 | $2,113.43 | $2,020.41 |
| ARCA | Asset Resolution Corporation | 7100-000 | $142,865.18 | $0.00 | $43,842.94 | $41,913.32 |
| | Geary, Porter & Donavan | 7100-000 | $2,378.78 | $0.00 | $0.00 | $0.00 |
| | Goold, Patterson, Ales & Day | 7100-000 | $1,472.94 | $0.00 | $0.00 | $0.00 |
| | Greenburg Traurig, LLP | 7100-000 | $1,450,000.00 | $0.00 | $0.00 | $0.00 |
| | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Jaffe Raitt Heuere & Weiss | 7100-000 | $10,133.70 | $0.00 | $0.00 | $0.00 |
| | Sutton Land Title | 7100-000 | $33,158.20 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---:|---:|---:|---:|
| Agency |  |  |  |  |  |
| Texas Department of Revenue | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| ZZ SEE ATTACHED | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | **$7,135,168.15** | **$0.00** | **$45,956.37** | **$43,933.73** |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 09-32873-RCJ | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|
| Case Name: | HUNTSVILLE SPE LLC | Date Filed (f) or Converted (c): | 01/29/2010 (c) |
| For the Period Ending: | 6/22/2017 | §341(a) Meeting Date: | |
| | | Claims Bar Date: | 06/07/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | VOID | | $0.00 | $0.00 | | $0.00 | FA |
| 1 | Escrow funds held from liquidation of properties (u) | | $0.00 | $342,112.05 | | $342,112.05 | FA |
| INT | Interest Earned (u) | | Unknown | Unknown | | $1.65 | FA |

**TOTALS (Excluding unknown value)**            $0.00            $342,112.05            $342,113.70            **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**
03/08/2017    TFR Submitted to UST ,NFr next

Initial Projected Date Of Final Report (TFR):    06/30/2015    Current Projected Date Of Final Report (TFR):    03/08/2017

/s/ WILLIAM A. LEONARD, JR.
WILLIAM A. LEONARD, JR.

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-32873-RCJ | | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|---|
| Case Name: | HUNTSVILLE SPE LLC | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***9915 | | Checking Acct #: | ******1565 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 6/29/2004 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/03/2012 | (1) | Asset Resolution Huntsville | From Caselink | 1210-000 | $215,618.08 | | $215,618.08 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $1.65 | | $215,619.73 |
| 01/31/2012 | | The Bank of New York Mellon | FEDERAL BUW FOR 01/31/2012    20120131 posting | 2810-000 | | $0.46 | $215,619.27 |
| 10/15/2012 | (1) | Perry & Murphy Pllc | Perry and Murphy is a title and escrow company, holding funds from liquidation of properties. | 1210-000 | $126,493.97 | | $342,113.24 |
| 12/04/2012 | 1001 | Sullivan Hill | Direct Lender Loan Distribution. Dividend paid 100.00% on $4,300.00; Claim# SH; Filed: $0.00; Reference: | 3210-000 | | $4,300.00 | $337,813.24 |
| 12/04/2012 | 1002 | William A. Leonard | Direct Lender Loan Distribution. Dividend paid 100.00% on $6,600.00; Claim# TTE; Filed: $0.00; Reference: TRUSTEE | 2100-000 | | $6,600.00 | $331,213.24 |
| 12/04/2012 | 1003 | Bickel & Brewer | Direct Lender Loan Distribution. Dividend paid 100.00% on $200,340.95; Claim# T01; Filed: $0.00; Reference: | 5800-000 | | $200,340.95 | $130,872.29 |
| 12/04/2012 | 1004 | Herman M Adams Brian & Anthony Adams as JT | Direct Lender Loan Distribution. Dividend paid 100.00% on $4,291.46; Claim# T02; Filed: $0.00; Reference: | 5800-000 | | $4,291.46 | $126,580.83 |
| 12/04/2012 | 1005 | The Aldred Living Trust 2002 U/A Dated 10/18/02 | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,980.71; Claim# T03; Filed: $0.00; Reference: | 5800-000 | | $1,980.71 | $124,600.12 |
| 12/04/2012 | 1006 | William A Leonard Trustee | Direct Lender Loan Distribution. Dividend paid 100.00% on $10,783.57; Claim# T04; Filed: $0.00; Reference: | 5800-000 | | $10,783.57 | $113,816.55 |
| 12/04/2012 | 1007 | Janice W Bradbury Trustee of Bradbury Family Trust Dated | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,980.71; Claim# T05; Filed: $0.00; Reference: | 5800-000 | | $1,980.71 | $111,835.84 |
| 12/04/2012 | 1008 | Anita J Calhoun A MWSSP | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T06; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $110,955.48 |
| 12/04/2012 | 1009 | James Cameron & Kirsten Cameron Husband &Wife as JTWROS | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,980.71; Claim# T07; Filed: $0.00; Reference: | 5800-000 | | $1,980.71 | $108,974.77 |
| 12/04/2012 | 1010 | The Cameron Survivors Trust Dated 12/22/97 | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,980.71; Claim# T08; Filed: $0.00; Reference: | 5800-000 | | $1,980.71 | $106,994.06 |
| 12/04/2012 | 1011 | L Kanani Cohune | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T09; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $106,113.70 |

SUBTOTALS    $342,113.70    $236,000.00

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 09-32873-RCJ | | | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|---|---|
| Case Name: | HUNTSVILLE SPE LLC | | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***9915 | | | Checking Acct #: | ******1565 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking Account |
| For Period Beginning: | 6/29/2004 | | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/04/2012 | 1012 | Compass | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T10; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $105,233.34 |
| 12/04/2012 | 1013 | Rose M Costa A Single Women | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T11; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $104,352.98 |
| 12/04/2012 | 1014 | The Costanza 1987 Survivor's Trust Dated 3/12/87 | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T12; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $103,472.62 |
| 12/04/2012 | 1015 | Sam Dashosh & Ruth Dashosh Trustees for the Dashosh Family T | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,650.61; Claim# T13; Filed: $0.00; Reference: | 5800-000 | | $1,650.61 | $101,822.01 |
| 12/04/2012 | 1016 | Shirley Doerr an unmarried Woman | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T14; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $100,941.65 |
| 12/04/2012 | 1017 | Wayne Dotson Co A Nevada Company c/o Peter Bogart | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T15; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $100,061.29 |
| 12/04/2012 | 1018 | William A Drago & Loraine A Drago husband & Wife as JTWROS | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,980.71; Claim# T16; Filed: $0.00; Reference: | 5800-000 | | $1,980.71 | $98,080.58 |
| 12/04/2012 | 1019 | USA Capital Diversified Trust Deed Fund | Direct Lender Loan Distribution. Dividend paid 100.00% on $13,512.45; Claim# T17; Filed: $0.00; Reference: | 5800-000 | | $13,512.45 | $84,568.13 |
| 12/04/2012 | 1020 | Edward D Earl an unmarried man | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T18; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $83,687.77 |
| 12/04/2012 | 1021 | Daniel L Everett & Sandra M Everett husband & Wife asJTWROS | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T19; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $82,807.41 |
| 12/04/2012 | 1022 | The Dennis Flier Inc Defined Benefit Trust ated 6/29/87 | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,100.43; Claim# T20; Filed: $0.00; Reference: | 5800-000 | | $1,100.43 | $81,706.98 |
| 12/04/2012 | 1023 | Barry Gambarana an unmarried man | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,980.71; Claim# T21; Filed: $0.00; Reference: | 5800-000 | | $1,980.71 | $79,726.27 |
| 12/04/2012 | 1024 | Theodora Gottwald an unmarried woman | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T22; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $78,845.91 |
| 12/04/2012 | 1025 | Troy C Froves Trustee of the Troy C Groves Trust | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,226.32; Claim# T23; Filed: $0.00; Reference: | 5800-000 | | $1,226.32 | $77,619.59 |
| 12/04/2012 | 1026 | The T Claire Harper Family Trust dated 2/28/84 | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T24; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $76,739.23 |
| | | | **SUBTOTALS** | | $0.00 | $29,374.47 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32873-RCJ | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|
| Case Name: | HUNTSVILLE SPE LLC | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***9915 | Checking Acct #: | ******1565 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 6/29/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/04/2012 | 1027 | Homfeld II LLC a florida limited liabilty Company | Direct Lender Loan Distribution. Dividend paid 100.00% on $2,529.01; Claim# T25; Filed: $0.00; Reference: | 5800-000 | | $2,529.01 | $74,210.22 |
| 12/04/2012 | 1028 | Larry D Larson & Sobeyda Larosn husband & wife as JTWROS | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,518.56; Claim# T26; Filed: $0.00; Reference: | 5800-000 | | $1,518.56 | $72,691.66 |
| 12/04/2012 | 1029 | Robert B Lundberg a MMSSP | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T27; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $71,811.30 |
| 12/04/2012 | 1030 | Malden Ventures Ltd | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T28; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $70,930.94 |
| 12/04/2012 | 1031 | A-1 Properties LLC | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,980.71; Claim# T29; Filed: $0.00; Reference: | 5800-000 | | $1,980.71 | $68,950.23 |
| 12/04/2012 | 1032 | Aleko Petro | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T30; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $68,069.87 |
| 12/04/2012 | 1033 | The Jack & Gladys Polen Family Trust dated 6/28/88 | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T31; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $67,189.51 |
| 12/04/2012 | 1034 | Christine M Quinn Trustee of the Quinn living Trust dated | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T32; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $66,309.15 |
| 12/04/2012 | 1035 | First Savings Bank Custodian Rieger IRA | Direct Lender Loan Distribution. Dividend paid 100.00% on $3,741.28; Claim# T33; Filed: $0.00; Reference: | 5800-000 | | $3,741.28 | $62,567.87 |
| 12/04/2012 | 1036 | The Nancy Kathryn Rivard & David Lee Olden Trust dated | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,171.70; Claim# T34; Filed: $0.00; Reference: | 5800-000 | | $1,171.70 | $61,396.17 |
| 12/04/2012 | 1037 | Sarah R Roberts an unmarried woman | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T35; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $60,515.81 |
| 12/04/2012 | 1038 | Paul Rogan a MMSSP | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T36; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $59,635.45 |
| 12/04/2012 | 1039 | The Rhoda Dybvig Schaefer Revocable Living Trust dated | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,154.51; Claim# T37; Filed: $0.00; Reference: | 5800-000 | | $1,154.51 | $58,480.94 |
| 12/04/2012 | 1040 | Karl O Schelling a MMSSP | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T38; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $57,600.58 |
| 12/04/2012 | 1041 | Edwin E Scott Trustee of the Edwin E Scott 1996 Revocable tr | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,980.71; Claim# T39; Filed: $0.00; Reference: | 5800-000 | | $1,980.71 | $55,619.87 |
| | | | SUBTOTALS | | $0.00 | $21,119.36 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 09-32873-RCJ | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|
| Case Name: | HUNTSVILLE SPE LLC | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***9915 | Checking Acct #: | ******1565 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking Account |
| For Period Beginning: | 6/29/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/04/2012 | 1042 | Ruby Simon a single woman | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,012.40; Claim# T40; Filed: $0.00; Reference: | 5800-000 | | $1,012.40 | $54,607.47 |
| 12/04/2012 | 1043 | Nical Associates LLC | Direct Lender Loan Distribution. Dividend paid 100.00% on $6,382.14; Claim# T41; Filed: $0.00; Reference: | 5800-000 | | $6,382.14 | $48,225.33 |
| 12/04/2012 | 1044 | The Sharon D Tarpinian Revocable Living Trust dated | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,430.53; Claim# T42; Filed: $0.00; Reference: | 5800-000 | | $1,430.53 | $46,794.80 |
| 12/04/2012 | 1045 | Gary E Thompson an unmarried man | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T43; Filed: $0.00; Reference: | 5800-000 | | $880.36 | $45,914.44 |
| 12/04/2012 | 1046 | The Anita Watson Living dated 4/8/03 | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,980.71; Claim# T44; Filed: $0.00; Reference: | 5800-000 | | $1,980.71 | $43,933.73 |
| 12/04/2012 | 1047 | Asset Resolution Corporation | Direct Lender Loan Distribution. Dividend paid 95.60% on $43,842.94; Claim# ARCA; Filed: $0.00; Reference: ADVANCES | 7100-000 | | $41,913.32 | $2,020.41 |
| 12/04/2012 | 1048 | Asset Resolution Corporation | Direct Lender Loan Distribution. Dividend paid 95.60% on $2,113.43; Claim# ARCB; Filed: $0.00; Reference: LOAN SERV FEE | 7100-000 | | $2,020.41 | $0.00 |
| 01/29/2013 | 1046 | The Anita Watson Living dated 4/8/03 | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,980.71; Claim# T44; Filed: $0.00; Reference: | 5800-004 | | ($1,980.71) | $1,980.71 |
| 01/29/2013 | 1049 | The Anita Watson Living dated 4/8/03 | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,980.71; Claim# T44; Filed: $0.00; Reference: | 5800-000 | | $1,980.71 | $0.00 |
| 04/15/2013 | 1005 | The Aldred Living Trust 2002 U/A Dated 10/18/02 | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,980.71; Claim# T03; Filed: $0.00; Reference: | 5800-004 | | ($1,980.71) | $1,980.71 |
| 04/15/2013 | 1010 | The Cameron Survivors Trust Dated 12/22/97 | Direct Lender Loan Distribution. Dividend paid 100.00% on $1,980.71; Claim# T08; Filed: $0.00; Reference: | 5800-004 | | ($1,980.71) | $3,961.42 |
| 04/15/2013 | 1012 | Compass | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T10; Filed: $0.00; Reference: | 5800-004 | | ($880.36) | $4,841.78 |
| 04/15/2013 | 1013 | Rose M Costa A Single Women | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T11; Filed: $0.00; Reference: | 5800-004 | | ($880.36) | $5,722.14 |
| 04/15/2013 | 1017 | Wayne Dotson Co A Nevada Company c/o Peter Bogart | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T15; Filed: $0.00; Reference: | 5800-004 | | ($880.36) | $6,602.50 |

SUBTOTALS    $0.00    $49,017.37

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5  Exhibit 9

| Case No. | 09-32873-RCJ | | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|---|
| Case Name: | HUNTSVILLE SPE LLC | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | **-***9915 | | Checking Acct #: | ******1565 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 6/29/2004 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/15/2013 | 1024 | Theodora Gottwald an unmarried woman | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T22; Filed: $0.00; Reference: | 5800-004 | | ($880.36) | $7,482.86 |
| 04/15/2013 | 1026 | The T Claire Harper Family Trust dated 2/28/84 | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T24; Filed: $0.00; Reference: | 5800-004 | | ($880.36) | $8,363.22 |
| 04/15/2013 | 1045 | Gary E Thompson an unmarried man | Direct Lender Loan Distribution. Dividend paid 100.00% on $880.36; Claim# T43; Filed: $0.00; Reference: | 5800-004 | | ($880.36) | $9,243.58 |
| 04/16/2013 | | TRANSFER TO *********0288 ****0416 | TRANSFER TO *********0288      ****0416 | 9999-000 | | $9,243.58 | $0.00 |

|  |  | TOTALS: | $342,113.70 | $342,113.70 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank transfers/CDs | $0.00 | $9,243.58 | |
|  |  | Subtotal | $342,113.70 | $332,870.12 | |
|  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  | Net | $342,113.70 | $332,870.12 | |

| For the period of 6/29/2004 to 6/22/2017 | | For the entire history of the account between 12/29/2011 to 6/22/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $342,113.70 | Total Compensable Receipts: | $342,113.70 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $342,113.70 | Total Comp/Non Comp Receipts: | $342,113.70 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $332,870.12 | Total Compensable Disbursements: | $332,870.12 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $332,870.12 | Total Comp/Non Comp Disbursements: | $332,870.12 |
| Total Internal/Transfer Disbursements: | $9,243.58 | Total Internal/Transfer Disbursements: | $9,243.58 |

Page No: 6    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-32873-RCJ | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|
| Case Name: | HUNTSVILLE SPE LLC | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***9915 | Checking Acct #: | ******0021 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 6/29/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/04/2016 | | Rabobank, N.A. | Transfer Funds | 9999-000 | $2,641.08 | | $2,641.08 |
| 03/22/2016 | 5001 | Rose M Costa A Single Women | Reissue Check From Stop Payment | 5800-000 | | $880.36 | $1,760.72 |
| 03/22/2016 | 5002 | Gary E Thompson an unmarried man | Reissue Check from Stop Payment | 5800-000 | | $880.36 | $880.36 |
| 03/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $3.16 | $877.20 |
| 04/14/2016 | | Integrity Bank | Reverse bank fee | 2600-000 | | ($3.16) | $880.36 |
| 08/04/2016 | | William A. Leonard, Jr. | Transfer funds | 9999-000 | $1,980.71 | | $2,861.07 |
| 12/02/2016 | 5003 | Bankruptcy Court Attn Clerk | Unclaimed Funds | * | | $2,861.07 | $0.00 |
| | | | $(1,980.71) | 5800-000 | | | $0.00 |
| | | | $(880.36) | 5800-000 | | | $0.00 |
| | | | TOTALS: | | $4,621.79 | $4,621.79 | $0.00 |
| | | | Less: Bank transfers/CDs | | $4,621.79 | $0.00 | |
| | | | Subtotal | | $0.00 | $4,621.79 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $4,621.79 | |

| For the period of 6/29/2004 to 6/22/2017 | | For the entire history of the account between 03/04/2016 to 6/22/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $4,621.79 | Total Internal/Transfer Receipts: | $4,621.79 |
| | | | |
| Total Compensable Disbursements: | $4,621.79 | Total Compensable Disbursements: | $4,621.79 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,621.79 | Total Comp/Non Comp Disbursements: | $4,621.79 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.                  | 09-32873-RCJ       | Trustee Name:             | William A. Leonard, Jr. |
|---------------------------|--------------------|---------------------------|-------------------------|
| Case Name:                | HUNTSVILLE SPE LLC | Bank Name:                | Rabobank, N.A.          |
| Primary Taxpayer ID #:    | **-***9915         | Checking Acct #:          | ******5066              |
| Co-Debtor Taxpayer ID #:  |                    | Account Title:            | Checking Account        |
| For Period Beginning:     | 6/29/2004          | Blanket bond (per case limit): | $1,000,000.00      |
| For Period Ending:        | 6/22/2017          | Separate bond (if applicable): |                     |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/17/2013 |  | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | $9,243.58 |  | $9,243.58 |
| 04/30/2013 |  | Rabobank | Bank & Technology Service Fee | 3991-000 |  | $13.73 | $9,229.85 |
| 05/20/2013 |  | Rabobank | Rabobank Service Fee | 3991-000 |  | ($13.73) | $9,243.58 |
| 05/31/2013 |  | Rabobank | Bank & Technology Service Fee | 3991-000 |  | $13.72 | $9,229.86 |
| 06/07/2013 |  | Rabobank | Bank & Technolgy Service Fee | 3991-000 |  | ($13.72) | $9,243.58 |
| 02/03/2016 | 11049 | The Cameron Survivors Trust Dated 12/22/97 John Cameron TTE | reissue Check | 5800-000 |  | $1,980.71 | $7,262.87 |
| 02/03/2016 | 11050 | The Aldred Living Trust 2002 U/A Dated 10/18/02 | Reissue Check | 5800-000 |  | $1,980.71 | $5,282.16 |
| 02/03/2016 | 11051 | Wayne Dotson Co A Nevada Company | Reissue Check | 5800-000 |  | $880.36 | $4,401.80 |
| 02/03/2016 | 11052 | St. Mathews Lutheran Church | Reissue Check | 5800-000 |  | $880.36 | $3,521.44 |
| 02/03/2016 | 11053 | Evangeline Harper TTEClaire Harper Family Trust dated 2/28/8 | Reissue Check | 5800-000 |  | $880.36 | $2,641.08 |
| 03/04/2016 |  | Integrity Bank | Transfer Funds | 9999-000 |  | $2,641.08 | $0.00 |
| 08/04/2016 |  | Integrity Bank | Transfer Funds | 9999-000 |  | $1,980.71 | ($1,980.71) |
| 08/04/2016 | 11049 | STOP PAYMENT: The Cameron Survivors Trust Dated 12/22/97 John Cameron TTE | reissue Check | 5800-004 |  | ($1,980.71) | $0.00 |

SUBTOTALS    $9,243.58    $9,243.58

Page No: 8  Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-32873-RCJ | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|
| Case Name: | HUNTSVILLE SPE LLC | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***9915 | Checking Acct #: | ******5066 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 6/29/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | TOTALS: |  | $9,243.58 | $9,243.58 | $0.00 |
|  |  | Less: Bank transfers/CDs |  | $9,243.58 | $4,621.79 |  |
|  |  | Subtotal |  | $0.00 | $4,621.79 |  |
|  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  | Net |  | $0.00 | $4,621.79 |  |

| For the period of 6/29/2004 to 6/22/2017 | | For the entire history of the account between 12/19/2012 to 6/22/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $9,243.58 | Total Internal/Transfer Receipts: | $9,243.58 |
| | | | |
| Total Compensable Disbursements: | $4,621.79 | Total Compensable Disbursements: | $4,621.79 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,621.79 | Total Comp/Non Comp Disbursements: | $4,621.79 |
| Total Internal/Transfer Disbursements: | $4,621.79 | Total Internal/Transfer Disbursements: | $4,621.79 |

Page No: 9   Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-32873-RCJ | Trustee Name: | William A. Leonard, Jr. |
|---|---|---|---|
| Case Name: | HUNTSVILLE SPE LLC | Bank Name: | Rabobank, N.A. |
| Primary Taxpayer ID #: | **-***9915 | Checking Acct #: | ******5066 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 6/29/2004 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 6/22/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $342,113.70 | $342,113.70 | $0.00 |

| For the period of 6/29/2004 to 6/22/2017 | | For the entire history of the case between 01/29/2010 to 6/22/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $342,113.70 | Total Compensable Receipts: | $342,113.70 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $342,113.70 | Total Comp/Non Comp Receipts: | $342,113.70 |
| Total Internal/Transfer Receipts: | $13,865.37 | Total Internal/Transfer Receipts: | $13,865.37 |
| | | | |
| Total Compensable Disbursements: | $342,113.70 | Total Compensable Disbursements: | $342,113.70 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $342,113.70 | Total Comp/Non Comp Disbursements: | $342,113.70 |
| Total Internal/Transfer Disbursements: | $13,865.37 | Total Internal/Transfer Disbursements: | $13,865.37 |

/s/ WILLIAM A. LEONARD, JR.

WILLIAM A. LEONARD, JR.